IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE MRAZ,          ) | CIVIL ACTION |
| )  | |
| Plaintiff,          )  | Civil Action No. 05-129 |
| v.          )  | |
| )  | Judge Sean J. McLaughlin |
| MR. TILE, INC. and SANFORD          )  | |
| COOPERMAN, Individually as owner and          )  | **A JURY TRIAL IS DEMANDED** |
| operator of MR. TILE, INC.          )  | |
| )  | |
| Defendants          )  | |

## NOTICE OF APPEARANCE

TO: CLERK, U.S. DISTRICT COURT

Kindly enter the appearance of George H. Craig, Esquire and Bethann R. Lloyd, Esquire on behalf of Defendants, Mr. Tile, Inc. and Sanford Cooperman in the above-captioned action.

GROGAN GRAFFAM P.C.

s/George H. Craig, Esquire
GEORGE H. CRAIG, ESQUIRE
Pa. I.D. #18132
BETHANN R. LLOYD, ESQUIRE
Pa. I.D. #77385
Four Gateway Center, 12th Floor
Pittsburgh, PA  15222
(412) 553-6300
Attorneys for Defendants

{58955-00001 W0148586.1 }

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance served by First Class United States Mail, postage prepaid, upon the following counsel of record this 1st day of July, 2005:

Alexander H. Lindsay, Jr.
126 South Main Street
Butler, PA 16001


        GROGAN GRAFFAM P.C.


        s/George H. Craig, Esquire
        GEORGE H. CRAIG, ESQUIRE