IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE MRAZ, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 05-129 |
| v. | ) | |
| | ) | Judge Sean J. McLaughlin |
| MR. TILE, INC. and SANFORD | ) | |
| COOPERMAN, Individually as owner and | ) | |
| operator of MR. TILE, INC. | ) | **A JURY TRIAL IS DEMANDED** |
| | ) | |
| Defendants | ) | |

**ORDER**

THIS ___ day of _____, 2005, upon consideration of Defendants' Motion to Dismiss, the Court hereby GRANTS Defendants' Motion to Dismiss and ORDERS as follows:

    A.    Count III of the Complaint is DISMISSED.

    B.    Count IV of the Complaint is DISMISSED.

    C.    Paragraph 62 of the Complaint and the demand for relief pursuant to 42 U.S.C. §2000e-5(g) contained in paragraph 62 of Count II is STRICKEN.

    D.    Paragraphs 7 through 11 of the Complaint are STRICKEN.

_____
U.S. DISTRICT COURT JUDGE

{58955-00001 W0148609.1 }