IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE MRAZ, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 05-129 |
| v. | ) | |
| | ) | J. McLaughlin |
| MR. TILE, INC. and SANFORD COOPERMAN, Individually as owner and operator of MR. TILE, INC. | ) ) ) | **A JURY TRIAL IS DEMANDED** |
| | ) | |
| Defendants | ) | |

## NOTICE OF DEFENDANTS' ELECTION TO OPT-OUT OF VOLUNTARY ARBITRATION

Defendants Mr. Tile, Inc. and Sanford Cooperman, by and through their attorneys Grogan Graffam P.C., respectfully file Notice of their intention to opt-out of the voluntary arbitration program per Local Rule 16.2.4.(B).

GROGAN GRAFFAM P.C.

s/George H. Craig, Esquire
GEORGE H. CRAIG, ESQUIRE
Pa. I.D. #18132
BETHANN R. LLOYD, ESQUIRE
Pa. I.D. #77385
Four Gateway Center, 12th Floor
Pittsburgh, PA 15222
(412) 553-6300
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants' Notice of Election to Opt-Out of Voluntary Arbitration was served by First Class United States Mail, postage prepaid, upon the following counsel of record this 1st day of July, 2005:

Alexander H. Lindsay, Jr.
126 South Main Street
Butler, PA 16001

GROGAN GRAFFAM P.C.

s/George H. Craig, Esquire
GEORGE H. CRAIG, ESQUIRE

{58955-00001 W0148569.1 }