IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE MRAZ, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-129 |
| v. | ) | |
| | ) | Judge Sean J. McLaughlin |
| MR. TILE, INC. and SANFORD | ) | |
| COOPERMAN, Individually as owner and | ) | **A JURY TRIAL IS DEMANDED** |
| operator of MR. TILE, INC. | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANTS' DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Mr. Tile, Inc. and Sanford Cooperman, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

GROGAN GRAFFAM P.C.

s/George H. Craig, Esquire
GEORGE H. CRAIG, ESQUIRE
Pa. I.D. #18132
BETHANN R. LLOYD, ESQUIRE
Pa. I.D. #77385
Four Gateway Center, 12th Floor
Pittsburgh, PA  15222
(412) 553-6300
Attorneys for Defendants

{58955-00001 W0148581.3 }

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendants' Disclosure Statement was served by First Class United States Mail, postage prepaid, upon the following counsel of record this 1st day of July, 2005:

Alexander H. Lindsay, Jr.
126 South Main Street
Butler, PA 16001

                                  GROGAN GRAFFAM P.C.

                                  s/George H. Craig, Esquire
                                  GEORGE H. CRAIG, ESQUIRE

{58955-00001 W0148581.3 }