**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEPHANIE MRAZ, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-129 Erie |
| | ) | |
| v. | ) | |
| | ) | |
| MR. TILE, INC. and SANFORD | ) | |
| COOPERMAN, Individually as owner and | ) | |
| operator of MR. TILE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PRELIMINARY SCHEDULING ORDER**

AND NOW, this 19th day of September, 2005, it is hereby ORDERED that all parties are to strictly conform to Fed. R. Civ. P. 26, and particularly Rule 26(f).  Therefore, IT IS HEREBY ORDERED THAT the parties will conduct their Rule 26(f) meeting on or before **September 29, 2005.**  The parties will then exchange their initial disclosures per Fed. R. Civ. P. 26(a)(1)(A)(B)(C) and (D).  A joint or individualized report of the Rule 26(f) discovery plan that includes stipulated exceptions to disclosure per Rule 26(a)(1) not to exceed 3 pages in length shall be filed on or before **October 31, 2005.**  A Fed. R. Civ. P. 16(b) and Local Rule 16.1.1 Case Management Conference will be held before the undersigned on **Thursday, November 3, 2005 at 9:00 a.m.**, in Room A-250, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

At the case management conference all counsel from the Western District of Pennsylvania, Northern District of Ohio and Western District of New York are to be present in person unless excused due to extreme inclement weather or other good cause.

s/    Sean J. McLaughlin
United States District Judge

cc:  All counsel of record.