IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE MRAZ,<br><br>　　　　Plaintiff,<br>v.<br><br>MR. TILE, INC. and SANFORD COOPERMAN, Individually as owner and operator of MR. TILE, INC.<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>Civil Action No. 05-129<br><br>Judge Sean J. McLaughlin<br><br>**A JURY TRIAL IS DEMANDED** |

## AMENDED CASE MANAGEMENT ORDER

Upon consideration of the Parties' Joint Motion to Enlarge Case Management Order, the Motion is hereby GRANTED and it is ORDERED that the following new deadlines will apply to this case:

      Discovery Deadline: June 5, 2006
      Plaintiff's PreTrial Narrative: June 23, 2006
      Dispositive Motions: June 23, 2006
      Defendant's PreTrial Narrative: July 14, 2006


                                                                               J. McLaughlin