**SUTTON LEGAL SERVICES**
**11 Sunset Court**
**Cranberry Township, PA 16066**

EDITH LYNNE SUTTON, ESQUIRE                                           PHONE 724-453-6102

April 8, 2006

United States District Court
 Of the Western District
Erie Division
17 South Park Row
Erie, PA 16501

      RE:    Mraz v. Mr. Tile at No. 05-129

To Whom It May Concern:

    Please be advised that effective immediately my office is now located at:

11 Sunset Court
Cranberry Township, PA 16066

FAX NO. 724-234-2628
TELEPHONE NO. 724-453-6102

    e-mail address:  capri@zbzoom.net

    All future correspondence should be sent to this new address.

Yours truly,

*/Edith Lynne Sutton*
PA. I.D. #79255

ELS/ms