IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE MRAZ, ) | CIVIL ACTION |
| ) | |
| Plaintiff, ) | Civil Action No. 05-129 |
| v. ) | |
| ) | Judge Sean J. McLaughlin |
| MR. TILE, INC. and SANFORD ) | |
| COOPERMAN, Individually as owner and ) | **A JURY TRIAL IS DEMANDED** |
| operator of MR. TILE, INC. ) | |
| ) | |
| Defendants ) | |

**APPENDIX OF EXHIBITS IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit A, Plaintiff's Answers to Interrogatories No. 8, 12, 13, 15

Exhibit B, Plaintiff's Response to Request for Admissions, No. 1 & 2

Exhibit C, Excerpts of Deposition Transcript of Plaintiff Stephanie Mraz

Exhibit D, Cooperman Affidavit

Exhibit E, Excerpts from Employee Handbook

Exhibit F, Mraz Note of October 23, 2003

Exhibit G, Employer's Notice of Application

Exhibit H, Notice of Financial Determination

Exhibit I, Request for Relief From Charges

                        Respectfully submitted,

                        GROGAN GRAFFAM, P.C.

                        s/Bethann R. Lloyd
                        Bethann R. Lloyd, Esquire
                        Pa. I.D. No. 77385
                        Four Gateway Center, 12th Floor
                        Pittsburgh, PA 15222
                        (412) 553-6300
                        ATTORNEYS FOR DEFENDANTS,
                        MR. TILE, INC. AND SANFORD COOPERMAN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was served upon the following parties of record on this 23rd day of May, 2006 via U.S. Mail, first class, postage pre-paid:

Edith Lynne Sutton, Esquire
11 Sunset Court
Cranberry Township, PA 16066
**Counsel for Plaintiff**

                                              s/Bethann R. Lloyd
                                              Bethann R. Lloyd, Esquire