IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE MRAZ, | ) CIVIL ACTION |
| | ) |
| Plaintiff, | ) Civil Action No. 05-129 |
| v. | ) |
| | ) Judge Sean J. McLaughlin |
| MR. TILE, INC. and SANFORD COOPERMAN, Individually as owner and operator of MR. TILE, INC. | ) |
| | ) **A JURY TRIAL IS DEMANDED** |
| | ) |
| | ) |
| Defendants | ) |

## PLAINITFF'S RESPONSES TO DEFENDANTS, MR. TILE, INC. and SANFORD COOPERMAN'S REQUESTS FOR ADMISSIONS

Each matter set forth hereinafter shall be deemed admitted unless you serve an Answer or Objection upon counsel for Defendant within thirty (30) days of the date of service hereof. You are requested to admit the following:

1. Ms. Mraz took a medical leave of absence from Mr. Tile beginning October 1, 2002.

    ADMITTED ____X____    DENIED _____

2. Ms. Mraz returned to work for Mr. Tile on May 27, 2003.

    ADMITTED ____X____    DENIED _____

3. When Ms. Mraz first returned to work at the end of May of 2003, she did not wish to return to a full-time schedule at that time.

    ADMITTED _____    DENIED ____X____

EXHIBIT B