EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
PITTSBURGH AREA OFFICE

IN RE: COMPLAINT OF       Charge No. 172-2004-00436
STEPHANIE A. MRAZ

### AFFIDAVIT OF SANFORD COOPERMAN

COMMONWEALTH OF PENNSYLVANIA )
                                        ) SS:
COUNTY OF ARMSTRONG           )

Before me, the undersigned authority, personally appeared, SANFORD COOPERMAN, who being duly sworn according to law deposes and states the following:

(1) I am Sanford Cooperman, owner of Mr. Tile, Inc., R. D. #8, P.O. Box 2360, Kittanning, PA 16201

(2) I have reviewed the Charge of Discrimination filed by a Ms. Stephanie Mraz, former employee of Mr. Tile, Inc. and wish to respond to the charges made by Ms Mraz.

(3) More specifically, I wish to state that, upon her return from medical leave., it was at Ms. Mraz's request that her hours were limited to two days a week for four hours each day. As the documents furnished by her supervisor Lois Holmes shows, her physician did not require that Ms Mraz be given a part-time position. As a part-time employee, Ms. Mraz was not eligible for certain benefits.



EXHIBIT D

(4) In addition, while two male employees, (Jason Miller and Travis McCann) returned to work for Mr. Tile, Inc. after pursuing other employment, they both returned to work as full-time employees. As such, they were entitled to all of the benefits of a full-time employee.

(5) When Ms. Mraz applied for unemployment compensation in October of 2003, Mr. Tile, Inc. did not oppose the application.

(6) In early November, I reviewed Ms Mraz's performance with her supervisor, Ms Lois Holmes, and determined that her performance was not satisfactory and that her work could be absorbed by other employees.

Dated: June 1, 2004

_____
SANFORD COOPERMAN

SWORN TO AND SUBSCRIBED BEFORE

ME, THIS 1 DAY OF June, 2004

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert J. White, Notary Public
Kittanning Boro, Armstrong County
My Commission Expires Sept. 12, 2006

Member, Pennsylvania Association of Notaries