

## Mr. Tile 🌀 CARPET ONE

### Indiana Carpet World 🌀 CARPET ONE



Established 1960



EXHIBIT E

## Benefit Plans

Mr. Tile's benefits plan includes the following categories. The details of some of these plans nay change from year to year, and every effort is made to clearly communicate all updates. For current information on any of the company plans, please request a brochure from the Store Manager of Corporate Office.

| Benefit | Who Is Eligible | Waiting Period |
|---|---|---|
| Medical Insurance | Full Time | 6 Months |
| Social Events Summer Picnic | Full and Part Time | Immediately |
| Paid Day Off For Birthday | Full Time | One Full Year |
| Employee Discount | Full Time | One - Full Year |
| 6 Paid Holidays | Full Time | One Full Year |
| One Week Paid Vacation | Full Time | One Full Year |
| Two Weeks Paid Vacation | Full Time | Two Full Years |
| Three Weeks Paid Vacation | Full Time | Ten Full Years |
| Four Weeks Paid Vacation | Full Time | Fifteen Full Years |
| 6 Paid Sick Days/Year | Full Time | One Full Year |
| Uniform Reimbursement | Full Time Warehouse and Delivery Personnel | One Full Year |
| Retirement/Pension Plan | Full Time and Part Time | One Full Year |
| Profit Sharing | Full Time | One Full Year |
| Professional Training Sessions and Materials | Full and Part Time | Immediately |

## Immigration Reform and Control Act

A Federal law, the Immigration Reform and Control Act, effective November 6, 1986, makes it unlawful for us to knowingly hire a non-U.S. citizen not authorized to work in the United States or to continue to employ an employee once we know the employee is not authorized to work in the United States.

We must verify the employment status and the personal identification of all new hires by examining specific documents. The Company must state on a special Federal form (I-9) that an employee's right to work status has been verified and that the employee has attested to his or her lawful right to work in the United States.

## Employee Classification

REGULAR FULL-TIME: You are considered to be a Regular Full-Time Employee after having satisfactorily completed the Introductory Period of six (6) months and your normal work schedule calls for at least forty (40) hours per week on a continuing basis. Under these circumstances, you are entitled to all benefits available to Regular Full-Time Employees as described elsewhere in this booklet.

REGULAR PART-TIME: One who is regularly scheduled to work more than twenty (20) but less than forty (40) hours weekly.

TEMPORARY: If you are hired for a specific assignment or for a specific period of time with the understanding that your employment may end at the completion of the assignment or period of time, you are considered to be a Temporary Employee.

EXEMPT EMPLOYEES: Employees assigned to management, administrative, professional or supervisory positions, who by the nature of their assignments are exempt from overtime pay requirements of the Fair Labor Standards Act are classified as exempt.

Such employees are paid on a salary basis and are not required to record specific hours worked. They are required to report use of vacation, sick or holiday time. Exempt employees are not eligible for overtime pay.

NON-EXEMPT EMPLOYEE (HOURLY): Those employees covered by the state and federal wage and hour laws are subject to their provisions and are paid on an hourly basis for the actual hours worked.