Untitled

10/23/03

I, Stephanie Mraz, asked for more hours on 10/16/03 and was told that I probably would not be allowed due to the office being slow. I was told that my office manager would need to ask the general manager. I asked again today 10/23/03 about working more hours and was told by the general manager that he would need to ask the owner — NO



EXHIBIT F