**LABOR & INDUSTRY**
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF

INDIANA UC SERVICE CENTER
630 KOLTER DRIVE
INDIANA  PA  15701-3570

32-04877  OLD)
     03-04243              &


MR TILE INC
RD 8 BOX 260
KITTANNING  PA    16201

CLAIMANT:  STEPHANIE A. MRAZ

SOC. SEC. NO:  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

AB DATE:  10-19-03



EXHIBIT

_H_

# NOTICE OF FINANCIAL DETERMINATION
## (EMPLOYER COPY)

THIS FINANCIAL DETERMINATION ALONE DOES NOT ENTITLE A CLAIMANT TO BENEFITS. AN EVALUATION
OF THE EMPLOYMENT HISTORY ALSO WILL BE MADE TO DETERMINE WHETHER THE CLAIMANT MEETS
THE REQUIRED ELIGIBILITY PROVISIONS OF THE LAW.

### DETERMINATION AND APPEAL

This form constitutes a determination with regard to all financial matters referred to below. You may file an
appeal from this determination if you do not believe it to be correct. An appeal must be filed by the "Last
Date for Appeal" shown to the right. Appeal instructions are found on the reverse side of this form.

| LAST DATE FOR APPEAL |
|---|
| 11-12-03 |

| EMPLOYE SOC. SEC. ACCT. NO. | EMPLOYE | DATE OF APPLICATION | BENEFIT YEAR ENDING DATE | BASE-YEAR PERIOD FROM | TO | FINANCIAL DECISION MAILING DATE |
|---|---|---|---|---|---|---|
| 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 | STEPHANIE A. MRAZ | 10-19-03 | 10-16-04 | 07-01-02 | 06-30-03 | 10-28-03 |

| SERVICE CENTER | TYPE OF CLAIM | WHILE IN YOUR EMPLOY: QUARTERLY WAGES | | | | TOTAL WAGES | CREDIT WEEKS | TOTAL OF ALL EMPLOYERS WAGES | CR. WKS | HIGH QTR. WAGES | YOUR PERCENT CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | UC | 1-03 2,964.00 | 2-03 778.22 | 3-02 5,101.92 | 4-02 2,968.68 | 11,812.82 | | 11,812.82 | 17 | 5,102 | 100 |

| | | SEQUENCE NUMBER | UNEMPLOYMENT COMP. PAYABLE | | | DEPENDENT'S ALLOWANCE | | | ELIG. CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | WKLY RATE x | MAX. WKS = | MAX. ENT. | NO. DEPS. | WKLY AMT | MAX. ENT. | |
| | | 2327680 | 206 | 16 | 3296 | 0 | 0 | 0 | 1 |

### EXPLANATIONS

ASE YEAR – The first four of the last five completed calendar
uarters preceding the date of application.

REDIT WEEK – Any calendar week within the base year in which
50 or more gross was earned, regardless when paid.

AGES – Wages are reported when paid, regardless of when
rned.

### ELIGIBILITY CODES

1 - Eligible
2 - Ineligible, no wages
3 - Ineligible, insufficient wages
6 - Ineligible, 20% of wages not outside of the high quarter
7 - Conditionally eligible monetary, to be verified by the UC Service Center
U - Ineligible, insufficient credit weeks

4F (3) REV 5-03