IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE MRAZ, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-129 |
| v. | ) | |
| | ) | Judge Sean J. McLaughlin |
| MR. TILE, INC. and SANFORD COOPERMAN, Individually as owner and operator of MR. TILE, INC. | ) ) ) | **A JURY TRIAL IS DEMANDED** |
| | ) | |
| Defendants | ) | |

## ORDER

This _____ day of _____, 2006, IT IS HEREBY ORDERED THAT Dendants Mr. Tile, Inc. and Sanford Cooperman's Motion for Summary Judgment is GRANTED and THAT JUDGMENT IS ENTERED IN THEIR FAVOR AND AGAINST THE PLAINTIFF.

By the Court:

_____
J.

{58955-00002 W0165065.1 }