IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE MRAZ,           )<br>    Plaintiff,                       )<br>                                       )<br>V                                      )<br>                                       )<br>MR. TILE, INC., et al.,         )<br>    Defendant.                   ) | Civil Action No. 05-129 Erie |

**NOTICE**

TAKE NOTICE that the above-captioned case, is scheduled for a Settlement Conference on **Wednesday, July 5, 2006 at 1:30 p.m.** before the Honorable Sean J. McLaughlin, in Room A-150, United States Courthouse, 17 South Park Row, Erie, Pennsylvania. Counsel are advised that Judge McLaughlin requires the Plaintiff to be present with his attorney during the conference. Defense Counsel is required to have available by telephone the individual(s) having ultimate authority to settle the case.

S/Nicole M. Kierzek
Nicole M. Kierzek
Deputy Clerk

cc: All counsel of record