IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE MRAZ,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | )    Civil Action No. 05-129 Erie<br>) |
| MR. TILE INC., et. al.,<br>    Defendants. | )<br>) |

**O R D E R**

AND NOW, to wit, this 5th day of July, 2006, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record. nk